UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAIRO MORENO, individually and on behalf of others similarly situated,, | ) ) ) |
| Plaintiff(s), | ) ) ) |
| -against- | ) ) |
| USA TIRES CORP., a New York Corporation, and JOHN DOE, an individual, | ) ) ) ) |
| Defendant(s). | ) |

**Case No. 23-cv-2266(JMA)(LGD)**

## APPEARANCE OF COUNSEL

TO:   The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear as counsel for

Defendants USA Tires Corp. and John Doe.

Dated:  June 22, 2023
          Huntington, New York

                              MOSER LAW FIRM, P.C.

                              *Steven John Moser*
                              Steven John Moser (SM6628)
                              5 East Main Street
                              Huntington, New York 11743
                              steven.moser@moserlawfirm.com
                              (631) 824-0200