UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAIRO MORENO, individually and on behalf of others similarly situated,, | ) ) ) | Case No. 23-cv-2266(JMA)(LGD) |
| Plaintiff(s), | ) ) | **[PROPOSED] SO-ORDERED** |
| -against- | ) ) ) | **STIPULATION EXTENDING** |
| USA TIRES CORP., a New York Corporation, and JOHN DOE, an individual, | ) ) ) ) | **DEADLINE TO RESPOND TO COMPLAINT** |
| Defendant(s). | ) | |

1. Defendant signed a waiver of service on April 27, 2023 which was filed by the Plaintiff on April 28, 2023 (ECF No. 5).

2. Because the parties are meeting and conferring on a potential resolution to all claims in this case (subject to Court approval, as necessary), the parties agree that Defendant will have an additional 60 days, to file an answer or otherwise respond to Plaintiff's Class Action Complaint.

3. Specifically, the parties agree that Defendant's responsive pleading shall be filed on or before July 27, 2023.

Dated: June 23, 2023                                  Dated: June 23, 2023

MOSER LAW FIRM, P.C.                           LAW OFFICES OF NOLAN KLEIN, PA

*Steven John Moser*_____           *Nolan Keith Klein*_____
By: Steven John Moser                                 By: Nolan Keith Klein
5 East Main Street                                        5550 Glades Road, Suite 500
Huntington, New York 11743                      Boca Raton, FL  33431
steven.moser@moserlawfirm.com              klein@nklegal.com
(516) 671-1150                                            954-745-0588

*Attorneys for Defendants*                          *Attorneys for Plaintiff*

SO ORDERED THIS __ DAY OF _____ 2023:

_____
The Honorable Joan M. Azrack
United States District Judge