

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

August 28, 2023

**VIA ECF**

Hon. Joan M. Azrack, USDJ
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    *Moreno v. USA Tires Corp., et al.,* Case No. 23-cv-2266(JMA)(LGD)

Dear Judge Azrack:

    I represent the defendants in the above referenced matter. Please accept this status report on behalf of all parties.

    On June 23, 2023 the parties submitted a joint stipulation extending the deadline to respond to the complaint until July 27, 2023. At the time it was believed that this was sufficient time to explore pre-answer settlement negotiations. Plaintiff provided damages calculations to the undersigned today, August 28, 2023. In light of the fact that the Plaintiff claims to have been employed for less than 3 months, the parties believe that engaging in pre-answer settlement negotiations may be the best use of our resources and time.

    Therefore, in order to continue to explore pre-answer settlement, the Defendants ask for a further extension of 30 days from today (September 28, 2023) to respond to the complaint. The Plaintiff has consented to this request.

    Respectfully submitted,

    *Steven J. Moser*
    Steven J. Moser

CC:    All counsel of record via ECF