UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **December 12, 2023** |
| **TIME:** | **3:00PM** |
| **FORMAT:** | ☐ In Person    ☒ Video Conference    ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **2:23-cv-2266-JMA-LGD** |
| **NAME OF CASE(S):** | Moreno v. USA Tires Corp. et al |
| **FOR PLAINTIFF(S):** | Nolan Keith Klein |
| **FOR DEFENDANT(S):** | Steven John Moser |
| **NEXT CONFERENCE(S):** | 5/6/2024 at 11:00AM, via AT&T Teleconference |
| **FTR/COURT REPORTER:** | 3:04-3-13 |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, the proposed schedule at DE [10] is ADOPTED. Automatic disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed by **1/12/2024**. Preliminary discovery shall be completed by **2/12/2024**. The deadline for a proposed amendment of the pleadings to add claims or join additional parties is **1/12/2024**. Any future motions to amend the pleadings on or after **1/13/2024** will be denied absent a showing of good cause, pursuant to Fed. R. Civ. P. 16(b)(4). See *Sacerdote v. New York University*, 9 F. 4th 95, 115 (2d Cir. 2021). Fact discovery shall be completed by **8/12/2024**. The deadline for submission of joint certification for the completion of all discovery is **8/12/2024**. The deadline to take the first step in dispositive motion practice consistent with Judge Azrack's Individual Practice Rules is **9/11/2024**.

This case is referred to the EDNY Mediation Panel. For assistance with the mediation process or the selection of a mediator, counsel are invited to contact EDNY ADR Administrator Danielle B. Shalov at 718-613-2578. Mediation shall be completed by **5/1/2024**.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge