**LAW OFFICES OF NOLAN KLEIN, P.A.**          **ATTORNEYS & COUNSELORS**

**1213 SE 3RD AVENUE**
**FORT LAUDERDALE, FL 33316**
**PH: (954) 745-0588**

www.nklegal.com

**Nolan Klein, Esq.**
klein@nklegal.com

February 1, 2024

**VIA ECF**

Honorable Magistrate Judge Lee G. Dunst
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

    *Re:*   *Moreno v. USA Tires Corp., et al.*
           *EDNY Case No.: 2:23-cv-02266*

Dear Judge Dunst,

    This law firm represents the Plaintiff, Jairo Moreno, in the above-captioned case. Pursuant to this Court's Order dated December 15, 2023, referring this case to mediation, the parties have agreed on mediator Patrick Michael McKenna for this matter. The mediation has been scheduled for March 13, 2024.

    We thank the Court for your time and consideration in this matter.

    Respectfully Submitted,

    **Law Offices of Nolan Klein, P.A.**

    By:  */s/ Nolan Klein*
         NOLAN KLEIN, ESQ.
         (NK4223)

NKK/amd
cc:  Steven Moser, Esq. (via ECF)