**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
JAIRO MORENO, *individually*      CASE NO.: 2:23-cv-02266-JMA-LGD
*and on behalf of others similarly situated,*

        *Plaintiff*,

vs.

USA TIRES CORP., a New York
corporation, and JOHN DOE, an individual,

        *Defendant,*
-----------------------------------------------------------x

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE that Plaintiff, JAIRO MORENO, pursuant to Fed. R. Civ. P. 68, hereby accepts the Offer of Judgment made by Defendants, USA TIRES CORP. and JOHN DOE, dated April 2, 2024, which is attached hereto as Exhibit "A".

DATED this **2nd** day of **April**, 2024.

        Respectfully Submitted,

        **Law Offices of Nolan Klein, P.A.**
        *Attorneys for Plaintiff*
        5550 Glades Road, Suite 500
        Boca Raton, FL 33431
        Tel: (954) 745-0588

        By: _____
        NOLAN KLEIN, ESQ.
        (NK4223)
        klein@nklegal.com
        amy@nklegal.com