**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
JAIRO MORENO, *individually*          CASE NO.: 2:23-cv-02266-JMA-LGD
*and on behalf of others similarly situated,*

                 *Plaintiff,*

vs.

USA TIRES CORP., a New York
corporation, and JOHN DOE, an individual,

                 *Defendant,*
-----------------------------------------------------------x

## PROOF OF SERVICE OF RULE 68 OFFER AND ACCEPTANCE

On April 2, 2024, via electronic mail and ECF, counsel for Defendants, USA TIRES CORP. and JOHN DOE, served an Offer of Judgment (the "Offer") upon Plaintiff, JAIRO MORENO. I affirm that on or about April 2, 2024, acting on behalf of Plaintiff, JAIRO MORENO, I filed and served (via ECF) an acceptance of that Offer.

Dated: April 2, 2024

                                                 /s/ Nolan Klein
                                                 Nolan Klein, Esq.
                                                 Law Offices of Nolan Klein, P.A.
                                                 5550 Glades Road, Suite 500
                                                 Boca Raton, FL 33431
                                                 Tel: (954) 745-0588
                                                 klein@nklegal.com
                                                 *Attorneys for Plaintiff*