**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
JAIRO MORENO, *individually*     CASE NO.: 2:23-cv-02266-JMA-LGD
*and on behalf of others similarly situated,*     **PROPOSED FINAL JUDGMENT**

                *Plaintiff*,

vs.

USA TIRES CORP., a New York
corporation, and JOHN DOE, an individual,

                *Defendant,*
-----------------------------------------------------------x

    WHEREAS, on or about April 2, 2024, Defendants, USA TIRES CORP., and JOHN DOE, Individually, extended to Plaintiff, JAIRO MORENO, an Offer of Judgment pursuant to Fed. R. Civ. P. 68, in the amount of FIFTEEN THOUSAND DOLLARS ($15,000.00); JAIRO MORENO, accepted that offer, and filed the offer, and his acceptance thereof, with this Court;

    NOW THEREFORE, pursuant to Fed. R. Civ. P. 68, it is hereby ADJUDGED and DECREED, that Plaintiff, JAIRO MORENO, have judgment against Defendants, USA TIRES CORP., and JOHN DOE, Individually, jointly and severally, in the amount of FIFTEEN THOUSAND DOLLARS ($15,000.00), inclusive of all legal fees, interest, and costs, with such judgment to be paid immediately.

    All pending motions are denied as moot, and the Clerk of Court is directed to administratively close this case.

    DATED: April ___, 2024.

                                                                                                _____
                                                                                               Hon. Joan M. Azrack
                                                                                               U.S. District Court Judge