UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JAIRO MORENO, *individually*
*and on behalf of others similarly situated,*

CASE NO.: 1:23-cv-02266-JMA-LGD

                          *Plaintiff,*        **SATISFACTION OF JUDGMENT**

vs.

USA TIRES CORP., a New York
corporation, and JOHN DOE, an individual,

                          *Defendant,*
-----------------------------------------------------------x

    WHEREAS, a judgment was entered in the above action on the 2nd day of April, 2024 in favor of JAIRO MORENO and against USA TIRES CORP. and JOHN DOE, in the amount of FIFTEEN THOUSAND DOLLARS AND ZERO CENTS ($15,000.00), which is inclusive of attorneys' fees and costs, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

    THERFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

                                        LAW OFFICES OF NOLAN KLEIN, P.A.

                                        By: _____
                                        Nolan Klein, Esq.
                                        5550 Glades Road, Suite 500
                                        Boca Raton, FL 33431
                                        Counsel for Plaintiff, Jairo Moreno

STATE OF FLORIDA )
) ss.:
COUNTY OF BROWARD )

On the 11th day of April, 2024, before me personally came Nolan Klein, Esq., to me known and known to be the managing partner of the Law Offices of Nolan Klein, P.A., attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

*Amparo Dimalanta*
Notary Public

AMPARO DIMALANTA
MY COMMISSION # GG 960088
EXPIRES: June 13, 2024
Bonded Thru Notary Public Underwriters